Stephanie G. Chau (SBN 292699)
schau@carltonfields.com
CARLTON FIELDS, LLP
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Telephone:   (310) 843-6300
Facsimile:   (310) 843-6301

*Attorneys for Defendant*
*The Prudential Insurance Company of America*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VLADIMIR LABUTIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 through 10, inclusive,<br><br>    Defendants<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>    Counter Claimant,<br><br>    vs.<br><br>VLADIMIR LABUTIN,<br><br>    Counter Defendant | Case No.: 2:22-cv-04630-FLA (AFMx)<br><br>**[~~PROPOSED~~] ORDER ENTERING STIPULATED PROTECTIVE ORDER** |

1       The Stipulation by the parties having been considered and good cause
2 appearing therefore,
3       IT IS HEREBY ORDERED:   The Stipulated Protective Order attached
4 hereto as Exhibit 1 is entered.

6 DATED:  11/8/2022

                                      ALEXANDER F. MACKINNON
                                      UNITED STATES MAGISTRATE JUDGE

131210580.1